UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALBERT G. CARSON, IV

VERSUS

ALLSTATE INDEMNITY COMPANY

CIVIL ACTION

NO. 09-60-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 2, 2009. Plaintiff has filed an objection and defendant has filed a response which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand (rec.doc.3) filed by plaintiff, Albert G. Carson, IV, will is denied.

Baton Rouge, Louisiana, April 28, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA